No. 171. TAYLOR *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Henry E. Kahn* for petitioner. No appearance for the United States.

No. 172. FREEMAN *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Henry E. Kahn* for petitioner. No appearance for 'the United States.

No. 184. IN RE MINNIE REESE RICHARDSON WRAGG. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Claude L. Dawson* for petitioner.

No. 192. CASWELL *v.* MORGENTHAU, SECRETARY OF THE TREASURY, ET AL. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James A. Creswell* for petitioner. No appearance for respondents.